UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 4:12CR00183 KGB |
| | ) |
| WILLIAM CHRIS COOLEY; | ) |
| CORNELIUS EUGENE LOWE, aka BIRDMAN; | ) |
| and, BARRON CHARLES PIPPINS, JR., | ) |
| a/k/a BYRON COOLEY | ) |

## AGREED PROTECTIVE ORDER

Based upon the agreement of counsel for the United States and defendants, the court hereby enters the following Agreed Protective Order pursuant to Fed. R. Crim. P. 16(d)(1).

1. Counsel for the United States has allowed defense counsel for Defendants William Chris Cooley, Cornelius Eugene Lowe, and Barron Charles Pippins, Jr. to review photographs and video/audio recordings of controlled purchases of controlled substances in the United States Attorney's Office. Defense counsel now requests copies of the photographs and recordings for trial preparation purposes. The United States has no objection, with the conditions set forth below. The conditions set forth below are requested due to witness security issues.

2. Defense counsel and defendants shall not disclose the photographs or recordings directly or indirectly to any person, except those assisting the defense, persons who are interviewed as potential witnesses, potential experts, or other authorized persons, during the course of the investigation and defense of this case. Defense counsel and defendants shall not use the photographs or recordings in any fashion outside the framework of this litigation. Therefore, counsel for the parties have agreed, and the court orders, that any and all photographs

or recordings produced shall be used solely for the purpose of litigating this action and that those photographs and recordings shall not be disclosed except as permitted herein.

3. While counsel may review the photographs and recordings with the defendants, Defendants William Chris Cooley, Cornelius Eugene Lowe, and Barron Charles Pippins, Jr. shall not be provided with the originals or copies of the photographs or recordings. The photographs and recordings shall not be duplicated without prior written authorization from the court. Counsel for defendants and Defendants William Chris Cooley, Cornelius Eugene Lowe, and Barron Charles Pippins, Jr. are strictly forbidden from disseminating any photographs and recordings covered by this Order. Counsel and Defendants William Chris Cooley, Cornelius Eugene Lowe, and Barron Charles Pippins, Jr. understand and agree that a violation of this provision of the Agreed Protective Order could subject them to a finding of contempt of court.

4. The photographs and recordings shall be maintained in a secure storage space at the respective offices of defense counsel or maintained under the custody and control of defense counsel when not in the secure storage space. Counsel for Defendants William Chris Cooley, Cornelius Eugene Lowe, and Barron Charles Pippins, Jr. shall return all photographs and recordings and any copies thereof to AUSA Patricia S. Harris immediately upon the conclusion of the trial in this case.

5. When disclosing the discovery materials to an authorized person, the defendants' counsel must inform the authorized person that the materials are provided subject to the terms of this Agreed Protective Order and that the authorized person must comply with the terms of this Protective Order.

6. Counsel for each defendant will inform the defendant of the provisions of this Agreed Protective Order, and direct them not to disclose or use any information contained in the

government's discovery in violation of this Agreed Protective Order. However, nothing contained in the Agreed Protective Order will preclude any party from applying to the court for further relief or for modification of any provision hereof.

**IT IS SO ORDERED** this ___14___ day of ~~August~~ Sept, 2012.

_Kristine G. Baker_
~~SUSAN WEBBER WRIGHT~~ KGB
UNITED STATES DISTRICT JUDGE

APPROVED:

_Patricia S. Harris_
Patricia S. Harris
Assistant United States Attorney
Attorney for United States of America

_Latrece E. Gray_
Latrece E. Gray
Assistant Federal Public Defender
Attorney for Defendant William Chris Cooley

_____
R. Brannon Sloan, Jr.
Attorney for Defendant Cornelius Eugene Lowe

_____
Jonathan T. Lane
Attorney for Defendant Barron Charles Pippins, Jr.

government's discovery in violation of this Agreed Protective Order. However, nothing contained in the Agreed Protective Order will preclude any party from applying to the court for further relief or for modification of any provision hereof.

**IT IS SO ORDERED** this _____ day of August, 2012.

---

~~SUSAN WEBBER WRIGHT~~
UNITED STATES DISTRICT JUDGE

**APPROVED:**

---

Patricia S. Harris
Assistant United States Attorney
Attorney for United States of America

---

Latrece E. Gray
Assistant Federal Public Defender
Attorney for Defendant William Chris Cooley

---

R. Brannon Sloan, Jr.
Attorney for Defendant Cornelius Eugene Lowe

---

Jonathan T. Lane
Attorney for Defendant Barron Charles Pippins, Jr.

government's discovery in violation of this Agreed Protective Order. However, nothing contained in the Agreed Protective Order will preclude any party from applying to the court for further relief or for modification of any provision hereof.

**IT IS SO ORDERED** this _____ day of August, 2012.

~~SUSAN WEBBER~~ WRIGHT
UNITED STATES DISTRICT JUDGE

**APPROVED:**

Patricia S. Harris
Assistant United States Attorney
Attorney for United States of America

Latrece E. Gray
Assistant Federal Public Defender
Attorney for Defendant William Chris Cooley

R. Brannon Sloan, Jr.
Attorney for Defendant Cornelius Eugene Lowe

Jonathan T. Lane
Attorney for Defendant Barron Charles Pippins, Jr.