IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                          No. 4:12CR00183-003 KGB

BARRON PIPPINS                                                         DEFENDANT

## ORDER

On June 23, 2013, defendant Barron Pippins filed his Motion to Continue Sentencing (Dkt. No. 60). The motion recites that Assistant United States Attorney Harris has no objection to the motion.

Therefore this matter is removed from this Court's calendar and will be reset by amended notice.

SO ORDERED this 26th day of June, 2013.

_____
Kristine G. Baker
United States District Judge